**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00683-REB-KMT

WILLIAM MEADOFF, and
SUSAN MEADOFF,

      Plaintiffs,

v.

FINANCIAL INDEMNITY COMPANY,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Stipulation For Dismissal With Prejudice** [#12] filed May 6, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal With Prejudice** [#12] filed May 6, 2009, is **APPROVED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated May 7, 2009, at Denver, Colorado.

      BY THE COURT:

      *Bob Blackburn*
      Robert E. Blackburn
      United States District Judge